

*PH*

**RECEIVED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

OCT 0 5 2015
*10-5-2015*
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Daniel Hill

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

The City of Chicago
Department of Police

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

15c8862
Judge Amy J. St. Eve
Magistrate Judge Geraldine Soat Brown
PC 1
Ca _____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**   **Plaintiff(s):**

    A.   Name: Daniel Hill

    B.   List all aliases: none

    C.   Prisoner identification number: 20140423301

    D.   Place of present confinement: Cook county jail

    E.   Address: 2650 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: ① Male Caucasian Police officer

        Title: Chicago Police man (Detective)

        Place of Employment: City of Chicago (Homan and fillmore)

    B.   Defendant: ② Male Caucasian Police Officer

        Title: Chicago Police man (Detective)

        Place of Employment: Chicago Policeman (Homan and fillmore)

    C.   Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____NONE_____

B. Approximate date of filing lawsuit: _____NONE_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____NONE_____

D. List all defendants: _____NONE_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____NONE_____

F. Name of judge to whom case was assigned: _____NONE_____

G. Basic claim made: _____NONE_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____NONE_____

I. Approximate date of disposition: _____NONE_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

My name is Daniel Hill and I am a victim of an "False Arrest and False Imprisonment". The City of Chicago Department of Police (Homan Square police station) arrested me and detain me without probable cause or no legal warrant. The City of Chicago Department of Police or my lawyer will not give me or let me see the police report with the arresting officers names and star numbers. So the only description I have of the Police Detective that they are two male Caucasion American.

Factual BackGroud: April 22, 2014 at approximately 9:30pm I was at my residence with my family at 4845 W. Augusta blvd. Chicago IL. I was not violating any laws or committed no crimes and so I was arrested on the scene and detain. I decided to step on my porch to get some fresh air once stand-ing on my porch I notice a blue impala unmark car in front of my residence. They (the chicago police detectives) sat inside the car watching me. So I when back inside my home and told my sister Brittane Gooden that it is two Detectives sitting in

Revised 9/2007

from of our home. About 20 minutes later the chicago Police detectives enter the yard of private property and kick in my family front door of my residence. without probable cause or no legal warrant. Once baguely inside my home both of the detectives had they weapons/guns out pointing at me and my sister Ms. Gooden. Ms Gooden ask them what is they problem, why did you kick in our door. The chicago Police Detectives did not response to the question. So I ask them (police) what is the problem. I was in shock when I was taking down and put down like an animal on my floor and handcuff. I ask the Chicago Police why are you putting "cuff" on me am I being arrested for something an one of the Detective told me to "shut the fuck up!" Then I was dragged down the stairs of my residence and force into a police car against my will. I was taking to Homan and fillmore chicago police department unit and tranfer to Harrison and kedzia police station where I was told nothing until 7½ hours or 8 hours later why they came in my home without a warrant or probable cause. I or my family did not give no chicago police detectives no consent to enter or kick my door. I lost a job, I lost my immediate family because of this false arrest and false imprisonment. I was attending school at malcolm X college for my G.E.D and now I lost that. I

Revised 9/2007

lost my life because the chicago police violated they own Procedures.

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I the plaintiff is requesting for injunction Relief and monetary compensation for the Duress, Emotional Distress Pain and suffering, that was intentionally inflicted by the City of Chicago Department of Police. The chicago Police Detectives should answer for they Surreal behavior and actions.

**VI.     The plaintiff demands that the case be tried by a jury.**  ☑ YES      ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____day of _____, 20 15

Daniel Hill
(Signature of plaintiff or plaintiffs)

Daniel Hill
(Print name)

20140423301
(I.D. Number)

2650 S. California
(Address)

Revised 9/2007