UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
NOV 0 5 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Daniel Hill

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

The City of Chicago Department of Police
N. Cortesi star # 15112
SGT. F. Ramaglia star # 1775

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

FILED
11/12/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 15cv8862
Judge Amy J. St. Eve
Magistrate Judge - Geraldine Soat Brown
(To be supplied by the Clerk of this Court)

Amended Complaint

CHECK ONE ONLY:

✓      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

____      COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

____      OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Daniel Hill

B. List all aliases: none

C. Prisoner identification number: 20140423301

D. Place of present confinement: Cook county jail

E. Address: 2650 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: N. Cortesi star # 15112

Title: Chicago Police man (Detective)

Place of Employment: City of Chicago (Homan and fillmore)

B. Defendant: SGT. F. Ramaglia star # 1775

Title: Chicago Police man (Detective)

Place of Employment: City of Chicago (Homan and fillmore)

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: none

   B. Approximate date of filing lawsuit: none

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: none

   D. List all defendants: none

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): none

   F. Name of judge to whom case was assigned: none

   G. Basic claim made: none

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): none

   I. Approximate date of disposition: none

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My name is Daniel Hill and I am a victim of an "False arrest" and "False Imprisonment". The City of Chicago Department of Police (Homan Square police station) arrested me and detain me without probable cause or no legal warrant. Factual BachGroud: April 22, 2014 at approximately 9:30p.m. I was at my residence with my family at 4845 W. Augusta blvd Chicago IL. I was not violating any laws or committed no crimes and so I was arrested on the scene and detain. I decided to step on my porch to get some fresh air once standing on my porch I notice a blue impala unmarch car in front of my residence. The chicago police detectives N. Cortesi and SGT. F. Ramaglia sat inside the car watching me. So I when back inside my home and told my sister Brittane Gooden that it is two Detectives sitting in front of our home. About 10 minutes later the chicago Police detectives enter the yard of private property and kick in my family front door of my residence without probable cause or legal warrant. Once Baguely inside my home both of the detective N. Cortesi and SGT. F. Ramaglia had they weapons/guns out pointing at me and my sister

Brittane Gooden. Brittane Gooden ash them what is they problem, why did you kick in our door. Both Detectives N. Cortesi and SGT. F. Ramaglia did not response to the question. So I ash them (police) what is the problem, I was in shock when I was tahing down and put down like an amimal on my floor and handcuff, I ash the Detectives N. Cortesi and SGT. F. Ramaglia why are you putting "cuff" on me, am I being arrested for something an one of the Detective told me to "shut the fuch up." Then I was dragged down the stairs of my residence and force into a police car against my will. I was tahing to Homan and fillmore chicago police department unit and tranfer to Harrison and hedzia police station where I was told nothing until 7½ hour or 8 hours later why they came in my home without a warrant or probable cause I or my family did not give no chicago police detectives N. Cortesi and SGT. F. Ramaglia no consent to enter or hick in my door. I lost a job, I lost my immediate family because of this false arrest and false imprisonment. I was attending school at malcolm X college for my G.E.D and now I lost that. I lost my life because the chicago police violated they own procedures.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I the plaintiff is requesting for injunction relief and monetary compensation for the Duress, Emotional Distress Pain and suffering, that was intentionally inflicted by the city of chicago Department of police. The chicago Police Detectives (N. Cortesi star #15112 and SGT. F. Ramaglia star #1775) should answer for they Surreal behavior and actions.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 15

Daniel Hill
(Signature of plaintiff or plaintiffs)

Daniel Hill
(Print name)

20140423301
(I.D. Number)

2650 S. California
(Address)